UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF STOCKTON and DELTA VALLEY TOWING,<br><br>    Defendants. | No. 2:25-cv-1119 DJC AC PS<br><br><br>ORDER |

       Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2.

       Plaintiff's IFP application does not make the showing required by 28 U.S.C. § 1915(a)(1). According to the application, plaintiff is employed and has take-home pay of $4,756 per month plus $1,400 per month in social security benefits, for a total monthly income of $6,156. ECF No. 2 at 1. Plaintiff has $4,000 in cash. Id. at 2. Considering plaintiff's income, assets, and expenses, plaintiff does not qualify for waiver of the court's filing fee. In order for plaintiff to continue prosecuting this case, plaintiff must pay the filing fee no later than May 5, 2025. If plaintiff fails to pay the filing fee, this case will be dismissed.

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed IFP (ECF
2  No. 2) is DENIED, and plaintiff must pay the filing fee no later than May 5, 2025 or this case will
3  be dismissed for failure to pay the filing fee.
4  DATED: April 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE